Savage, Octavius v. State of Maryland—Pet. Docket No. 94 *—denied. Reported below: 226 Md.App. 166, 127 A.3d 576.

Schene, John Michael v. State of Maryland—Pet. Docket No. 59 *—denied. Opinion of the Court of Special Appeals unreported (No. 849, Sept. Term, 2014).

Silver v. Gutridge—Pet. Docket No. 157 *—denied. (No. 04–C–16–000361, Circuit Court for Calvert County.)

Singletary, Tavon P. v. State of Maryland—Pet. Docket No. 100 *—denied. Dismissed by the Court of Special Appeals (No. 2043, Sept. Term, 2015).

Tepper v. Quality Painting & Plastering—Pet. Docket No. 118 *—denied. Opinion of the Court of Special Appeals unreported (No. 1810, Sept. Term, 2014).

Tinsley v. Suntrust Bank—Pet. Docket No. 102 *—denied. Opinion of the Court of Special Appeals unreported (No. 1887, Sept. Term, 2014).

Walker v. Lewis—Pet. Docket No. 70 *—denied. Opinion of the Court of Special Appeals unreported (No. 1072, Sept. Term, 2014).

Willison v. Cavey—Pet. Docket No. 1 *—denied. (No. 03–C–15–006719, Circuit Court for Baltimore County.)

Willson v. Deutsche Bank Nat. Trust—Pet. Docket No. 98 *—denied. Opinion of the Court of Special Appeals unreported (No. 1683, Sept. Term,2013).

---

\* September Term, 2016